In the Matter of the Application of MADELINE F. O'CONNOR, Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JEANNE G. FINCLAIR, Respondent, v. 211 W. 66TH ST. CORP and Others, Defendants, Impleaded with ALDEN BROKERAGE CORPORATION, Appellant. JOSEPH P. FERRIGAN, Receiver, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the plaintiff-respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SHELVYN BAKERY, INC., Respondent, v. SIMON SCHULTE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

NATHAN MAGIDA, Respondent, v. UNITED STATES FIDELITY & GUARANTY COMPANY and Others, Appellants, Impleaded with Others, Defendants. UNITED STATES FIDELITY & GUARANTY COMPANY, Plaintiff, v. CONCOURSE ENTERPRISES, INC., and Others, Defendants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion for settlement of the case on appeal as proposed by appellants granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JACOB GANCFRIED, Appellant, v. MEYER WEISS and BELLA WEISS, Respondents. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

IRVING F. MARSHALL CORPORATION, a Corporation, and Another, Respondents, v. AMEREX HOLDING CORPORATION, a Corporation, and Another, Appellants.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ANNA WILFAND, Respondent, v. PLAYLAND HOLDING CORPORATION and Another, Defendants, Impleaded with HENRY C. BURNSTINE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings on Behalf of JOSEPH ACITO, Judgment Creditor-Appellant, against ROSE P. FAIELLA, Judgment Debtor-Respondent, and CHARLES V. PATERNO and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MICHAEL J. BAKOPOULOS and Another, Respondents, v. BANK OF ATHENS TRUST COMPANY and Others, Appellants.— Order entered November 12, 1940, modified by granting the motion to the extent of placing the case on the non-jury calendar for trial, and as so modified affirmed, without costs. Appeal from order denying motion for reargument dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to affirm both orders.